AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

United States of America )
v. )
JEROME WILLIAMS ) Case No. 4:22 MJ 8129 SRW
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 21, 2022__ in the county of __City of St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2 and 1519 | CT. 1 - Destruction of Evidence to Obstruct a Federal Investigation |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

David A. Rudolph, Task Force Officer, FBI
*Printed name and title*

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 04/29/2022

_____
*Judge's signature*

City and state: St. Louis, Missouri

Honorable Stephen R. Welby, U.S. Magistrate Judge
*Printed name and title*